UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ORDER FOR SELECTION )
OF 2014 GRAND JURORS )     Misc. No. 3:13mc196
FOR CHARLOTTE DIVISION )

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2014 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 21, 2014, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 21, 2014; February 18, 2014; March 18, 2014; April 15, 2014; May 20, 2014; June 17, 2014; July 15, 2014; August 19, 2014; September 16, 2014; October 21, 2014; November 18, 2014; and December 16, 2014; and any additional sessions or dates which may be required.

This the 9th day of December, 2013.

_____
Frank D. Whitney
Chief United States District Judge